ANDREW McTIGUE COMPANY, INC., Respondent, *v.*
COUNTRY HOME CONSTRUCTION COMPANY, INC.,
Appellant.

*Principal and agent — commissions — action by real estate broker to
recover commissions for producing purchaser — defense that no contract
of sale resulted.*

*McTigue Co., Inc.,* v. *Country Home Constr. Co., Inc.,* 206 App.
Div. 717, affirmed.

(Submitted January 11, 1924; decided February 19, 1924.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered June 19, 1923, affirming a judgment in favor
of plaintiff entered upon a verdict. The action was
brought to recover real estate broker's commissions for
producing a purchaser of real estate of defendant placed
by it in the hands of plaintiff for sale. The defense was
that the offer of the alleged purchaser was unsatisfactory
to defendant and was never accepted nor followed by
a contract of sale nor by a sale of the premises to the
said alleged purchaser.

*Julian D. Rosenberg, M. Montefiore Henschel* and *Louis
Maxwell Cohen* for appellant.

*Cecil B. Ruskay* and *Philip Wellins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN,
CRANE, ANDREWS and LEHMAN, JJ. Not voting: CAR-
DOZO, J.

_____

FRACKVILLE MANUFACTURING CO., INC., Respondent,
*v.* MEYER BARISH, Trading as MEYER BARISH MANU-
FACTURING CO., Appellant.

*Contract — sale — when plaintiff not bound to deliver in absence of
shipping instructions.*

*Frackville Mfg. Co., Inc.,* v. *Barish,* 204 App. Div. 871, affirmed.

(Argued January 11, 1924; decided February 19, 1924.)

APPEAL from a judgment, entered January 15, 1923,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-